■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN MARTINEZ, Appellant. [628 NYS2d 561] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered March 14, 1994, convicting him of attempted murder in the second degree (two counts), assault in the first degree, assault in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's

assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.